Brian S. King, #4610
Brent J. Newton, #6950
Samuel M. Hall, #16066
**BRIAN S. KING, P.C.**
420 East South Temple, Suite 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com
brent@briansking.com
samuel@briansking.com

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KRISTIN B. and A. B.,<br><br>Plaintiffs,<br><br>vs.<br><br>CIGNA HEALTH and LIFE INSURANCE COMPANY, COMPSYCH, and the NVIDIA WELFARE PLAN.<br><br>Defendants. | NOTICE OF SETTLEMENT<br><br>Case No. 1:20-cv-00148 – RJS – CMR |

Plaintiffs, through their undersigned counsel, hereby notify the Court that they have reached a confidential settlement agreement with the Defendants. Plaintiffs anticipate filing a motion to dismiss within sixty (60) days of the date of this Notice.

Dated this 6th day of October, 2021.

/s/ Brian S. King
Attorney for Plaintiffs