Brian S. King, #4610
Brent J. Newton, #6950
Samuel M. Hall, #16066
**BRIAN S. KING, P.C.**
420 East South Temple, Suite 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com
brent@briansking.com
samuel@briansking.com

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KRISTIN B. and A. B.,<br><br>Plaintiffs,<br><br>vs.<br><br>CIGNA HEALTH and LIFE INSURANCE COMPANY, COMPSYCH, and the NVIDIA WELFARE PLAN.<br><br>Defendants. | STIPULATED MOTION TO DISMISS<br><br><br>Case No. 1:20-cv-00148 – RJS – CMR |

The parties, through their undersigned counsel, stipulate and move the Court to dismiss the above captioned matter with prejudice. Each party is to bear its own attorneys' fees and costs.

Dated this 28th day of December, 2021.

/s/ Brian S. King
Attorney for Plaintiffs

/s/ Timothy Johnson
Attorney for Defendant Cigna Health and Life Insurance Company

/s/ Elise Klein
Attorney for defendant ComPsych

/s/ Dylan D. Rudolph
Attorney for Nvidia Welfare Plan